# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00445-CV

**Lance G. Adams, Appellant**

**v.**

**Letitia C. Verdugo-Engelhardt and Eric H. Engelhardt, Appellees**

### FROM THE DISTRICT COURT OF BELL COUNTY, 146TH JUDICIAL DISTRICT
### NO. 215,313-B, HONORABLE RICK MORRIS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief is past due.  This Court's clerk sent notice that the brief is overdue to appellant's last known address.  The notice warned that this appeal would be dismissed if no brief or motion for extension of time to file a brief was filed.  The notice was returned to sender, as was a separate request for payment of filing fees.  We dismiss this appeal for want of prosecution.

G. Alan Waldrop, Justice

Before Justices Puryear, Pemberton and Waldrop

Dismissed for Want of Prosecution

Filed:   May 2, 2007